UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-251-FL-3

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          **ORDER**
                                  )
BOBBY RAY WILLIAMS JR.            )

Upon motion of the United States, for the reasons stated in the Motion to Seal and for good cause shown, it is hereby ORDERED that the United States' Consent Motion to Continue Sentencing and proposed order [DE 176] be sealed, except that a filed, stamped copy be provided to the United States Attorney's Office for the Eastern District of North Carolina, counsel for the defendant, and the U.S. Probation Office.

IT IS SO ORDERED, this 11th day of July, 2017.


_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE