IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:16-CR-251-FL-3

| UNITED STATES OF AMERICA | **ORDER** |
|---|---|
| v. | |
| BOBBY RAY WILLIAMS JR. | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the government's Motion for Restitution and attached exhibits, Docket Entry 393, filed in the above-captioned matter be sealed, except that a copy shall be provided to the Office of the United States Attorney and counsel for the defendant.

This the  2nd  day of August, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge

1