IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-251-FL-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOBBY RAY WILLIAMS, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Where defendant objects to recharacterization of his motion to appoint new counsel, (DE 404), as one to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, the motion is TERMINATED in accordance with this court's September 7, 2018, order (DE 415).

SO ORDERED, this the 4th day of October, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge